AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| v. | ) |
| Francisco Oliveri | ) Case No. 8:25-MJ-3378-AEP |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 30, 2025** in the county of **Sarasota** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting in interstate commerce a threat to injure |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brandon Acquaviva, Special Agent, FBI
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 10/31/25

_____
Judge's signature

City and state: Tampa, FL

HONORABLE ANTHONY E. PORCELLI, U.S.M.J.
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brandon Acquaviva, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have held this position since September 2021. I am currently assigned to the Federal Bureau of Investigation Tampa Field Office, Sarasota Resident Agency. During my career, I have assisted in criminal investigations involving or relating to gangs, narcotics, cybercrimes, crimes against children, including internet-based crimes. I have completed extensive training at the FBI academy, located in Quantico, Virginia. During my training, I have received training on different aspects of criminal investigations, to include interviewing and interrogations of subjects. Prior to my tenure as a Special Agent with the FBI, I was employed as a Deputy Sheriff with the Hillsborough County Sheriff's Office, located in Tampa, Florida. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. I submit this affidavit in support of a criminal complaint charging Francisco OLIVERI, with violations of 18 U.S.C. § 875(c) (transmitting in interstate commerce a threat to injure) ("SUBJECT OFFENSE").

3. The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal

investigators, information from agency reports, the review of documents provided to me by witnesses and by law enforcement officers, and information gained through my training and experience.

4. Because this affidavit is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact that I learned as a result of this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause that a violation of federal law has been committed. Unless otherwise noted, all statements of other persons described in this affidavit are set forth in substance and in part, rather than verbatim.

## PROBABLE CAUSE

5. On October 30, 2025, the Federal Bureau of Investigation (FBI) National Threat Operations Center (NTOC) received an online tip, regarding threats to ICE agents posted on TikTok by user "sir_Geralt1663", believed to be used by OLIVERI, making multiple threats to ICE agents and FBI agents. The TikTok profile lists "sir_Geralt1663" as the TikTok account name and "JJsmith" as the username.

https://www.tiktok.com/@sir_geralt1663
sir_geralt1663 JJsmith
Follow
Message
100 Following
83 Followers
28 Likes
No bio yet.

6.     A review of the account found that on or about October 30, 2025, a TikTok user "sir_Geralt1663" posted a photograph that stated, "ICE WILL PAY WITH THEIR LIVES." A screen capture of the post is depicted below:



7.     Attached to the post are comments by Tiktok User "sir_Geralt1663, as shown in the below photograph:



8.     The first comment written by TikTok user "Uncle Ever Deadly" states: "as yes threats against federal agents. Lemme guess you're not familiar with how the FBI works? TikTok Display name "JJsmith", who is TikTok user "sir_Geralt1663", responds by saying "Oh I do. And they are not federal agents. They are Nazis and

3

we am have every right to dispose of them. Including you. And guess what? THEY CANT STOP ME."

9. Further review of the post revealed the following comments, as depicted in the photograph below:



10. TikTok user "custom_username" commented on the post stating, "Hope no one sends this to the fbi (it's me, I sent it)." "JJsmith" responded, "Cause that'll be a few less Nazi FBI agents to worry about."

11. Based on the above information provided, The FBI National Threat Operations Center attempted to identify TikTok user "sir_Geralt1663", utilizing open source and database queries. Database queries revealed a match to Francisco David Oliveri, Date of Birth 12/20/1989, home address 2108 Jameson Ave, North Port, Florida, 34286 and driver's license number FL: 416244894600. On or about July 31, 2025, law enforcement responded to 2108 Jameson Ave, North Port, Florida, 24286, regarding a previous incident, where contact was made with OLIVERI at the residence. Databases do not indicate any change of residence. Based

4

on the foregoing, there is probable cause to believe OLIVERI resides at 2108 Jameson Ave, North Port, Florida, 34286, which is in Sarasota County within the jurisdiction of the Middle District of Florida ("MDFL").

12. On or about October 31, 2025, your affiant reviewed a TikTok press release posted on newsroom.tiktok.com, TikTok's official online pressroom and blog, titled "TikTok Facts: How we secure personal information and store data." The press release indicated user data is stored in the United States, Malaysia, and Singapore. Your affiant reviewed an article posted to usds.tiktok.com titled "Delivering on our U.S. data governance," dated January 24, 2023. The article stated, "TikTok has long stored US user data in our own data centers in the U.S. and Singapore. Our Virginia datacenter includes physical and logical safety controls." The article also indicated that Singapore served as the backup data storage location for U.S. users. Other open-source searches revealed other possible TikTok data centers in Hillsboro, Oregon and Northern Virginia. Your affiant was unable to locate any TikTok servers or datacenters within the State of Florida.

13. From my training and experience, I know that 18 U.S.C. § 875(c) prohibits the transmitting in interstate or foreign commerce any communication containing any threat to injure the person of another. I also know that to not infringe on the First Amendment, the threat must be a "true threat," which is a serious threat—not idle talk, a careless remark, or something said jokingly—that is made under circumstance that would place a reasonable person in fear of being injured or

5

in fear of another person being injured. Whether the speaker is aware of, and intends to convey, the threatening aspect of the message is not part of what makes a statement a threat; the existence of a threat depends on what the statement conveys to the recipient of the message. Yet, the First Amendment still demands a subjective mental-state of at least recklessness.

14. Based on my training, experience, and knowledge of the investigation, I have probable cause to believe that OLIVERI'S posts made true threats, in violation of 18 U.S.C. § 875(c). I have probable cause to believe that OLIVERI acted at least recklessly and was aware that others could regard his statements as threatening violence when he posted on TikTok, and his statements would place a reasonable person in fear of being injured, or in fear of another person being injured.

## CONCLUSION

15. Based on the foregoing information, I respectfully submit that probable cause exists to believe that OLIVERI violated 18 U.S.C. § 875(c) (transmitting in

6

interstate commerce a threat to injure). Accordingly, I request issuance of the proposed Complaint and Arrest Warrant.

Respectfully submitted,

Special Agent Brandon Acquaviva
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this 31 day of October 2025.

HONORABLE ANTHONY E. PORCELLI
United States Magistrate Judge

7